07-148-M-01

# UNITED STATES DISTRICT COURT
## FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA vs. LAMBERT, DAVON A CAPITOL HEIGHTS, MD 20743 *Defendant.* | Violation Notice Number(s) X0509953 CC90 DUI/MINOR-AMENDED | Violation Date(s) 02/04/2006 |
|---|---|---|

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

**FILED**
APR 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ __MANDATORY__ may be Forfeited in Lieu of Appearance.

Date  5/25/06

United States Magistrate Judge
HON RITA COYNE FEDERMAN

### RETURN

| RECEIVED | DATE 6/16/2006 | LOCATION L.A. CA 90012 |
|---|---|---|

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.*

| DATE 4-23-07 | LOCATION USMS 333 Constitution Ave |
|---|---|

Name Stephenie Owens  Title DUSM  District D/DC

Date 4/24/07  Signature

07-148-M-01

# United States District Court
## Violation Notice

| Violation Number | Officer Name (Print) | Officer No. | CVB Location Code |
|---|---|---|---|
| X 0509953 | BERLOTTI | BL998 | CC90 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 04FEB06 2037 | TITLE 18 USC SEC 13 CVC 23152(a)VC |

Place of Offense: JUNIPER + BLUERIDGE

Offense Description: CVC 23136  
DRIVING UNDER THE INFLUENCE, PERSON UNDER 21

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| LAMBERT | DAVID | A. |

Street Address: VANDENBERG  
City: CA  Zip Code: 93437  
Driver License No: CA  
Social Security No: —  
☒ Adult ☐ Juvenile  Sex: ☒ Male ☐ Female  
Hair: BRN  Eyes: BRN  Height: 5'7  Weight: 175  

### VEHICLE DESCRIPTION

| Tag No | State | Year | Make/Model | VIN | Color |
|---|---|---|---|---|---|
| 5LVR268 | CA | 05 | PONTIAC | | SILVER |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

PAY THIS AMOUNT → $ _____  Forfeiture Amount  
+ $25 Processing Fee  
$ _____ Total Collateral Due

**YOUR COURT DATE**

Court Address: US COURT, 1415 STATE ST, SANTA BARBARA CA 93101  
Date (mm/dd/yyyy): TBD   Time: TBD

X Defendant Signature: Albert Lambert

---

X 0509953

**FILED**

APR 24 2007

NANCY MAYER WHITTINGTON, CLERK  
U.S. DISTRICT COURT

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 04 FEB, 2006 while exercising my duties as a law enforcement officer in the CENTRAL District of CALIFORNIA

AS POLICE 3 - I STOPPED THE VEHICLE FOR SPEEDING 48 IN A 35 ZONE. UPON CONTACT WITH THE DRIVER I VERIFIED HIS IDENTITY AS LAMBERT, DAVID VIA CAL. _____. AS I WAS SPEAKING WITH HIM HIS SPEECH WAS SLURRED AND I NOTICED HIS EYES WERE RED AND BLOOD SHOT, AND WATERY. I ALSO NOTICED A STRONG ODOR OF AN ALCOHOLIC BEVERAGE. LAMBERT WAS ASKED TO PERFORM THE F.S.T. LAMBERT WAS ADMINISTERED THE HGN DURING WALK AND TURN WITH THE FOLLOWING RESULTS. HGN: BOTH EYES SHOWED LACK OF SMOOTH PURSUIT AND NYSTAGMUS AT MAX. DEVIATION OLS: USED ARMS FOR BALANCE, PUT FOOT DOWN, DID NOT COUNT OUT LOUD. WAT: PUT FOOT DOWN 3 TIMES AND HAD TO BE STOPPED DUE TO LACK OF BALANCE. ALL INFORMATION ON THE FRONT OF THIS NOTICE IS INCORPORATED BY REFERENCE HEREIN

The foregoing statement is based upon:
☒ my personal observation  ☐ my personal investigation  
☐ information supplied to me from my fellow officer's observation  
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 04FEB06  
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____  
Date (mm/dd/yyyy)  U.S. Magistrate Judge

106020001