AO 94 (Rev. 8/85) Commitment to Another District

**FILED**

# United States District Court

APR 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ DISTRICT OF _____

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |

Davon Lambert            CASE NUMBER: 07-148M

The defendant is charged with a violation of __18__ U.S.C. __13__ alleged to have been committed in the __Central__ District of __California__

Brief Description of Charge(s):

Driving under influence

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

__4/24/07__                                    __[signature]__
Date                                            Judicial Officer

| RETURN |
|---|
| This commitment was received and executed as follows: |

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |